**No. 11-381. Standard Investment Chartered, Inc., on Behalf of Itself and All Others Similarly Situated, Petitioner v. National Association of Securities Dealers, Inc., et al.**

565 U.S. 1173, 132 S. Ct. 1093, 181 L. Ed. 2d 1008, 2012 U.S. LEXIS 605.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Jusice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 637 F.3d 112.